UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ALLEGIANT PARTNERS INCORPORATED | CIVIL ACTION |
| VERSUS | NO. 24-1110 |
| JACKSON CARRIER SERVICES, ET AL. | SECTION "R" (5) |

# ORDER

Plaintiff Allegiant Partners Incorporated filed an unopposed motion to establish the amount of attorneys' fees, costs, and expenses due in connection with final default judgment.[1] On December 19, 2024, Chief Magistrate Judge Michael North issued a Report and Recommendation ("R&R"), recommending that the Court grant plaintiff's motion in part and award plaintiff a total of $13,477.25 in attorneys' fees and costs.[2] Defendants did not object to the R&R. Therefore, the Court reviews the R&R for clear error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1430 (5th Cir. 1996) (en banc), *superseded by statute on other grounds*, 28 U.S.C. § 636(b)(1); *see also* Fed. R. Civ. P. 72(b) advisory committee's note (1983) ("When no timely objection is filed, the court need only satisfy itself that

---

[1]   R. Doc. 14.
[2]   R. Doc. 19 at 12.

there is no clear error on the face of the record in order to accept the recommendation."). The Court finds no clear error.

Accordingly, the Court adopts Chief Magistrate Michael North's R&R as its opinion. The Court GRANTS IN PART plaintiff's motion. The Court ORDERS defendants Jackson Carrier Services, Inc. and Quincy Jackson to jointly pay plaintiff the total sum of $13,477.25.

New Orleans, Louisiana, this __15th__ day of January, 2025.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE